# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3394
LT Case No. 2022-CA-000761

_____

MARGARET DUCKWORTH,

    Appellant,

    v.

WILLIAM C. CORNWELL and
TRUE VINE LANDSCAPING,

    Appellees.

_____

On appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Kevin Todd Butler and Rebecca H. Cozart, of Law Offices of
Ronald E. Sholes, P.A., Jacksonville, for Appellant.

M. Austin Moretz, and Kirsten I. Freiheit, of Galloway, Johnson,
Tompkins, Burr & Smith, PLC, Pensacola, for Appellees.

March 3, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____